UNITED STATES OF DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
STACYANN CAMPBELL,

                              **STIPULATION OF**
                              **DISCONTINUANCE**

          Plaintiff,

  -against-                          Index No.: 08 CV 0466

ELRAC INC., d/b/a ENTERPRISE RENT-
A-CAR CO., and SHANNOT CARDOZA,

          Defendants.
------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of records and the insurance company for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  Bronx, New York
        April 9, 2008

_____      _____
Brand, Glick & Brand, PC              David P. Lesch, P.C.
Attorney for Defendants               Attorneys for Plaintiffs
600 Old Country Road, Ste 440     860 Grand Concourse, 2M
Garden City, New York 11530       Bronx, New York 10451